IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| CERTAIN UNDERWRITERS AT LLOYD'S, LONDON, SYNDICATES 2623 AND 623, <br><br> Plaintiffs, <br><br> vs. <br><br> THE ROMAN CATHOLIC CHURCH OF THE ARCHDIOCESE OF INDIANAPOLIS, A CORPORATION, <br><br> Defendant. | Case No. 1:20-cv-01868-RLY-TAB |

**STIPULATION OF DISMISSAL**

Plaintiffs Certain Underwriters at Lloyd's, London, Syndicates 2623 and 623 ("Underwriters") and Defendant The Roman Catholic Of The Archdiocese Of Indianapolis, a Corporation ("Archdiocese"), through their counsel, hereby stipulate as follows:

1. On July 13, 2020, Plaintiffs Underwriters filed the above-entitled action seeking rescission of Excess Sexual Misconduct Liability Insurance Policy No. B039IR1901202 issued to Defendant Archdiocese for the July 1, 2019 to July 1, 2020 Policy Period (the "Policy");

2. The above-entitled action against Defendant Archdiocese shall be dismissed pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure; and

3. Each party shall bear its own costs and fees.

**IT IS SO STIPULATED.**

Dated: September 18, 2020                Respectfully submitted,

/s/Jeffrey B. Fecht
Jeffrey B. Fecht
Attorney No. 20875-29

                                        RILEY BENNETT EGLOFF LLP
                                        500 N. Meridian St., Suite 550
                                        Indianapolis, IN  46204
                                        Phone:  (317) 636-8000
                                        Facsimile:  (317) 636-8027
                                        E-mail:  jfecht@rbelaw.com

                                        and

                                        Kevin F. Kieffer (*admitted pro hac vice*)
                                        Monique M. Fuentes (*admitted pro hac vice*)
                                        TROUTMAN PEPPER
                                        HAMILTON SANDERS LLP
                                        5 Park Plaza, Suite 1400
                                        Irvine, CA  92614
                                        Phone:  (949) 622-2700
                                        Facsimile:  (949) 622-2739
                                        E-mail:  kevin.kieffer@troutman.com
                                        E-mail:  monique.fuentes@troutman.com

                                        Attorneys for Plaintiffs
                                        *Certain Underwriters at Lloyd's, London,*
                                        *Syndicates 2623 and 623*

Dated: September 18, 2020             Respectfully submitted,


                                        /s/John S. Mercer
                                        John S. Mercer
                                        Attorney No. 11260-49
                                        MERCER BELANGER
                                        One Indiana Square, Suite 1500
                                        Indianapolis, IN  46204
                                        Phone:  (317) 636-3551
                                        Fax:  (317) 636-6680
                                        Email:  jsmercer@indylegal.com

                                        Attorney for Defendant
                                        *Roman Catholic Church Of The Archdiocese Of Indianapolis*